UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NATIONAL SATELLITE SPORTS, INC. :
:
Plaintiff :
:
-vs.- : Civil Action 01-285-L
:
DWAYNE SOUZA d/b/a PUB 602 :
:
Defendant :

NOTICE OF DISMISSAL

Pursuant to F.R.Civ.P. 41(a)(1)(ii) this all claims, counterclaims, and crossclaims are dismissed with prejudice. No fees or costs to any party.

Plaintiff, by its attorney:

/s/ GARY D. BERKOWITZ, ESQ.

Bar #2732
One James Street
Providence, RI 02903
Tel: (401) 751-7671

Dated: December 8, 2006