UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL SATELLITE SPORTS, INC. | : |
| | : |
| v. | : Civil Action 01-285-L |
| | : |
| DWAYNE SOUZA d/b/a PUB 602 | : |

CERTIFICATE OF SERVICE

I certify that I mailed a copy of Document 9 (Notice of Dismissal) to the Defendant as his name and address appear below, on this 8th day of December, 2006:

Dwayne Souza
14 Ivone Street
Providence, RI 02909

/s/ Gary D. Berkowitz, Esq. #2732
One James Street
Providence, RI 02903
Tel: 751-7671 Fax: 751-1146